# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **IVAN D. DAVIS**
DEPUTY CLERK: **TINA FITZGERALD**

| | |
|---|---|
| UNITED STATES OF AMERICA | HEARING: PH/DH      CASE #: 22mj293 |
| -VS- | DATE: 10/28/22      TIME: 2:00 p.m. |
| ____Douglas Martinez____ | RECORDER: FTR SYSTEM      REMOTE HEARING ( ) |

COUNSEL FOR THE UNITED STATES:            James Trump

COUNSEL FOR THE DEFENDANT:            Daniel Goldman

INTERPRETER:            LANGUAGE:

( ) DEFT APPEARED :  ( x ) W/ COUNSEL      ( ) DUTY FPD PRESENT_____

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) DUE PROCESS ACT      ( ) DEFT INFORMED      ( ) ORDER SIGNED BY JUDGE

( ) COURT TO APPOINT COUNSEL ( ) FPD      ( ) CJA      ( ) DEFT TO RETAIN COUNSEL

( x ) GVT. CALL WITNESS & ADDUCES EVIDENCE      ( x ) AFFIDAVIT

( x ) EXHIBIT #____1-3_____ADMITTED

( x ) PROBABLE CAUSE:      FOUND ( x )  NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED  ( ) FILED      ( ) ORALLY

( x ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( )DFT. DENIES VIOLATION   ( ) COURT FINDS DFT. IN VIOLATION

**MINUTES:**
Agent adopts the affidavit as part of his testimony. Cross-examination of witness.
No argument as to PC. USA seeks detention. Deft argues for Bond w/conditions-DENIED.

**ADDED CONDITIONS OF RELEASE**:
($         ) UNSECURED ($         ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

 ( x ) **DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS w/o bond pending trial.**
 ( ) **DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED ( )PROBATION ( ) RELEASE ( )BOND**

**NEXT COURT APPEARANCE:**        at          Before
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( x ) PBV ( ) SRV ( ) R40 ( )ARR